UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :          CHAPTER 13

REGINA M. CUMMINGS,                                 :

        Debtor                               :          BANKRUPTCY NO. 16-11497AMC

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

      James D. Moran, the attorney for the Debtor, upon his oath and according to law, hereby certifies as follows in connection with the confirmation hearing scheduled for September 27, 2016 in the above Chapter 13 Bankruptcy case:

1. The above-named Debtor will be able to make all payments under the Plan and will be able to comply with the Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor has filed all applicable Federal, State and local tax returns as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason and the information herein should change, an updated Certification will be provided to the Standing Trustee before a subsequent confirmation hearing date.

5. This Certification is being signed by counsel for the Debtor who certifies that the Debtor was duly questioned about the statements in this Certification, and that the Debtor supplied answers consistent with the Certification.

Dated: _August 23, 2016_

                                                  JAMES D. MORAN, ESQUIRE
                                                Attorney for Debtor
                                                2230 Land Title Building
                                                100 South Broad Street
                                                Philadelphia, PA 19110
                                                (215) 751-1670
                                                (215) 563-8330 (Fax)
                                                jamesdmoran@hotmail.com