UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

REGINA M. CUMMINGS, :

      Debtor : BANKRUPTCY NO. 16-11497AMC

**MODIFIED CHAPTER 13 PLAN**

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of $490.57 monthly for a period of the 55 months remaining in this Chapter 13 Plan.*

2. From the payments so received, the Trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. $2,400.00 to James D. Moran, attorney for Debtor.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
**$22,412.96** to The Wilmington Savings Fund Society, d/b/a Christiana Trust, on account of mortgage arrears, late charges, court costs and attorney's fees (first mortgagee).
**$120.00** to Trumark Financial Credit Union on account of arrears due on a second mortgage.
**$103.45** to the City of Philadelphia on account of a delinquent water sewer bill.

   (c) Pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed:

*Payments under the Modified Chapter 13 Plan will be as follows:

| | |
|---|---|
| Total to be paid in Chapter 13 Plan: | $27,818.24 |
| Amount paid to date: | -   837.15 |
| Balance to be paid over remaining 55 months | $26,981.09 |

(Standing Trustee Percentage Fee to be determined by the Attorney General and the Office of the U.S. Trustee.)

3. The following executory contracts of the Debtor are rejected: NONE

Title to the Debtor's property shall revest in the Debtor on confirmation of the Plan.

Dated: 10-17-16

REGINA M. CUMMINGS, Debtor

Acceptances may be mailed to:
JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 563-8330
E-mail: jamesdmoran@hotmail.com