UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :     CHAPTER 13

REGINA M. CUMMINGS,                 :

    Debtor                          :     BANKRUPTCY NO. 16-11497AMC

CERTIFICATION OF SERVICE OF MODIFIED CHAPTER 13 PLAN

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that on October 18, 2016 he made service of the Debtor's Modified Chapter 13 Plan in accordance with Local Bankruptcy Rule 3015-2.

Respectfully submitted,

JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com

Dated: Oct 18, 2016