## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

REGINA M. CUMMINGS                              Chapter 13

              Debtor              Bankruptcy No. 16-11497-AMC

### ORDER

AND NOW, this _____ day of _____, 201__, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
    JAMES MORAN ESQUIRE
    2230 LAND TITLE BUILDING
    100 SOUTH BROAD STREET
    PHILA, PA 19110-

**Debtor:**
    REGINA M. CUMMINGS

    4211 Greenmount Rd.

    Philadelphia, PA 19154

**Chapter 13 Standing Trustee:**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O., Box 1229
    Philadelphia, PA 19105

**U.S. Trustee:**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107