```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11497-amc
Regina M. Cummings                                                      Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                  Page 1 of 1                  Date Rcvd: Nov 23, 2016
                              Form ID: pdf900             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db            +Regina M. Cummings,    4211 Greenmount Rd.,    Philadelphia, PA 19154-3705
13685881      +Justin F. Kobeski, Esq.,    Manley Deas Kochalski, LLC,    PO Box 165028,
                Columbus, OH 43216-5028
13685883       Platinum MasterCard,    Carriage House,   2601 Red Lion Rd.,,    Philadelphia, PA 19115
13685884       TruMark Financial,    1000 Northbrook Drive,,   Feasterville Trevose, PA 19053-8430
13747392      +Trumark Financial Credit Union,    335 Commerce Dr.,   PO Box 8127,
                Ft. Washington, PA 19034-8127
13698702      +WELLS FARGO BANK, N.A.,    c/o KARINA VELTER,   Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
13685885      +Wells Fargo,,   3476 Stateview Blvd.,,    MAC #X7801-013,    Fort Mill, SC 29715-7203
13722783      +Wilmington Savings Fund Society et al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13764518      +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,   P.O. Box 55004,
                Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 24 2016 01:58:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 24 2016 01:57:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 24 2016 01:58:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13685880      +E-mail/Text: broman@amhfcu.org Nov 24 2016 01:58:29     American Heritage FCU,
                2060 Red Lion Rd.,,   Philadelphia, PA 19115-1699
13782321       E-mail/Text: bankruptcy@phila.gov Nov 24 2016 01:58:41     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13685882      +E-mail/Text: bankruptcygroup@peco-energy.com Nov 24 2016 01:57:49     PECO Energy,
                Bankruptcy Dept.,    2301 Market St.,,   Philadelphia, PA 19103-1338
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13700932       James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Wilmington Savings Fund Society et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JAMES D. MORAN    on behalf of Debtor Regina M. Cummings jamesdmoran@hotmail.com
              KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, N.A amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| REGINA M. CUMMINGS, | : | |
| Debtor | : | BANKRUPTCY NO. 16-11497AMC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss the case filed by William C. Miller, Standing Trustee (the "Trustee"), and after Notice and hearing, it is ORDERED that:

1. This Chapter 13 Bankruptcy case is dismissed.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any Wage Orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for Allowance of Administrative Expenses (including Applications for Allowance of Professional Fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all creditors and interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service, and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an Application for Administrative Expense has been filed; or (2) certify that such Applications have been filed and setting hearing on all such Applications.

7. If no Certification as required above in paragraph 6 has been entered on the Docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any Applications for Administrative Expenses other than the Debtor's counsel's have been filed, set a hearing thereon or if no such Applications have been filed, be authorized to return such funds to the Debtor pursuant to 11 U.S.C. §1326(a)(2).

8. A hearing on this matter is hereby scheduled for the 20th day of December, 2016 in Courtroom No. 5 at 11:00AM.

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. Bankruptcy Judge

Dated: 11/24/16