UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     CHAPTER 13

REGINA M. CUMMINGS,             :

        Debtor              :     BANKRUPTCY NO. 16-11497AMC

## CERTIFICATION OF NO RESPONSE

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than twenty (20) days have elapsed since the court entered the Order on November 22, 2016 Dismissing the Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses.

Counsel further certifies that no creditor or any other party in interest has filed an Application for Allowance of Administrative Expenses or an Application for Allowance for Professional Fees since the Order was entered.

Respectfully submitted,

*/s/ James D. Moran*
JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com

Dated: Dec 16, 2016