United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Regina M. Cummings  
    Debtor

Case No. 16-11497-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John                 Page 1 of 1                Date Rcvd: Dec 20, 2016
                       Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
db             +Regina M. Cummings,    4211 Greenmount Rd.,    Philadelphia, PA 19154-3705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2016 02:18:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                   TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
        agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
        JAMES D. MORAN    on behalf of Debtor Regina M. Cummings jamesdmoran@hotmail.com
        KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CHAPTER 13

**REGINA M. CUMMINGS,**

          DEBTOR                  BANKRUPTCY NO. 16-11497 AMC

**ORDER APPROVING COUNSEL FEE**

AND NOW, this _____ day of _____, 2016, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $3,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that the counsel fee in the amount of $3,000.00 is APPROVED, and the balance due counsel in the amount of $2,400.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

ASHELY M. CHAN,
United States Bankruptcy Judge

cc:

William C. Miller, Trustee
P.O. Box 40109
Philadelphia, PA 19106-0109

Regina M. Cummings
4211 Greenmount Road
Philadelphia, PA 19154

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110